**Benito INIGUEZ and Rosa Sorroza–
Cruz, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

**No. 09–71220.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2013.*

Filed June 13, 2013.

Benito Iniguez, Moreno Valley, CA, pro
se.

Edward Earl Wiggers, Esquire, U.S.
Department of Justice, Washington, DC,
Ronald E. Lefevre, Office of the District
Counsel Department of Homeland Securi-
ty, San Francisco, CA, for Respondent.

Before: HAWKINS, McKEOWN, and
BERZON, Circuit Judges.

## MEMORANDUM **

Benito Iniguez and Rosa Sorroza–Cruz,
natives and citizens of Mexico, petition pro
se for review of the Board of Immigration
Appeals' ("BIA") order denying their mo-
tion to reopen and reconsider. Our juris-
diction is governed by 8 U.S.C. § 1252.
We review for abuse of discretion the deni-
al of motions to reopen or reconsider, and
review de novo questions of law. *Cano–
Merida v. INS*, 311 F.3d 960, 964 (9th

Cir.2002). We deny in part and dismiss in
part the petition for review.

The BIA did not abuse its discretion in
denying petitioners' motion to reconsider
as untimely because it was filed more than
30 days after the BIA's October 24, 2008,
order. *See* 8 C.F.R. § 1003.2(b)(2).

The BIA also did not abuse its discretion
in denying petitioners' motion to reopen
where petitioners failed to establish preju-
dice from the alleged ineffective assistance
of counsel, *see Mohammed v. Gonzales*,
400 F.3d 785, 793–93 (9th Cir.2005), and
failed to provide any new evidence with
the motion, *see* 8 C.F.R. § 1003.2(c)(1).

We lack jurisdiction to consider petition-
ers' challenge to the BIA's October 24,
2008, order because this petition is not
timely as to that order. *See* 8 U.S.C.
§ 1252(b)(1); *Singh v. INS*, 315 F.3d 1186,
1188 (9th Cir.2003).

**PETITION FOR REVIEW DENIED
in part; DISMISSED in part.**

**In re LOG & CONVENTIONAL
HOMES, INC., Debtor,**

---

* The panel unanimously concludes this case is
 suitable for decision without oral argument.
 *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
 cation and is not precedent except as provid-
 ed by 9th Cir. R. 36–3.